**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-70061-JAD |
| Jason W. Havyer, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED JANUARY 18, 2016**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 20th day of January, 2016, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated January 18, 2016, the Amended Chapter 13 Plan dated January 18, 2016, along with the Order dated January 19, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: January 20, 2016

Respectfully submitted,
　/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing         Recovery Management Systems Corporation    WELLS FARGO BANK, N.A.
0315-7                                   25 S.E. Second Avenue                      MAC X7801-014
Case 15-70061-JAD                        Suite 1120                                 3476 Stateview Blvd.
WESTERN DISTRICT OF PENNSYLVANIA         Miami, FL 33131-1605                       Fort Mill, SC 29715-7203
Johnstown
Mon Jan 18 11:39:06 EST 2016

7                                        Army & Air Force Exchange Services         Bankcard Services
U.S. Bankruptcy Court                    Bass & Associates, P.C.                    c/o Littman Jewelers
5414 U.S. Steel Tower                    3936 E. Ft. Lowell Road, Suite #200        P.O. Box 4477
600 Grant Street                         Tucson, AZ 85712-1083                      Beaverton, OR 97076-4401
Pittsburgh, PA 15219-2703

Best Buy Credit Services                 Cabela's Club Visa                         Cavalry SPV I, LLC
P.O. Box 183195                          P.O. Box 82519                             c/o Bass & Associates, P.C.
Columbus, OH 43218-3195                  Lincoln, NE 68501-2519                     3936 E. Ft. Lowell Suite 200
                                                                                    Tucson, AZ 85712-1083

Chad Kammerer                            Credit First NA/CFNA                       Firestone
447 Westridge Road                       Bk13 Credit Operations                     BK-16/Credit Operations
Somerset, PA 15501-1148                  Po Box 818011                              P.O. Box 81410
                                         Cleveland, OH 44181-8011                   Cleveland, OH 44181-0410

GECRB/Lowes                              I.C. System, Inc.                          Janet I. Havyer
P.O. Box 965005                          P.O. Box 64794                             452 Oak Street
Orlando, FL 32896-5005                   Saint Paul, MN 55164-0794                  Central City, PA 15926-1330

(p)JEFFERSON CAPITAL SYSTEMS LLC         (p)CREDITORS BANKRUPTCY SERVICE            Office of the United States Trustee
PO BOX 7999                              PO BOX 800849                              Liberty Center.
SAINT CLOUD MN 56302-7999                DALLAS TX 75380-0849                       1001 Liberty Avenue, Suite 970
                                                                                    Pittsburgh, PA 15222-3721

PSECU                                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC       Recovery Management Systems Corporation
P.O. Box 67013                           PO BOX 41067                               25 S.E. 2nd Avenue, Suite 1120
Harrisburg, PA 17106-7013                NORFOLK VA 23541-1067                      Miami, FL 33131-1605

WORLD'S FOREMOST BANK                    Walmart/GECRB                              Wells Fargo Bank NA
CABELA'S CLUB VISA                       P.O. Box 530927                            3476 Stateview Blvd.
PO BOX 82609                             Atlanta, GA 30353-0927                     Fort Mill, SC 29715-7200
LINCOLN, NE 68501-2609

Wells Fargo Bank, N.A.                   Yamaha                                     Jason W. Havyer
Attention: Bankruptcy Department         Retail Services                            452 Oak Street
MAC#D3347-014                            P.O. Box 5893                              Central City, PA 15926-1330
3476 Stateview Blvd.                     Carol Stream, IL 60197-5893
Fort Mill, SC 29715-7203

Kenneth P. Seitz                         Ronda J. Winnecour
Law Offices of Kenny P. Seitz            Suite 3250, USX Tower
P.O. Box 211                             600 Grant Street
Ligonier, PA 15658-0211                  Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Military Star
3911 S. Walton Walker Boulevard
Dallas, TX 75236

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28